UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

IN RE:

B. JAY HOWARD  CASE NO. 10-40054
MANDY NICHOLE HOWARD
            DEBTOR(S)  CHAPTER 7

## MOTION TO SHOW CAUSE

Comes the Trustee, Harry L. Mathison, and moves the Court to enter an Order directing the creditor, Bank of the West, to show cause why it should not be held in contempt of this Court for violation of 11 U.S.C. § 362 for taking possession of a 2000 Coachman camper motor vehicle, which is property of the Estate pursuant to 11 U.S.C. § 541, without securing a modification of the stay herein.

In support of this Motion the Trustee states that the schedules reflect the Bank of the West to have a lien on said motor vehicle but the Certificate of Title, a copy of which is attached hereto and marked as Exhibit A, reflects no lien. Under Kentucky law a lien can only be perfected by noting the lien on the Certificate of Title and consequently the Bank of the West has no perfected security interest in this vehicle. The Trustee further states that at the First Meeting of Creditors conducted on March 3, 2010, he was advised by the debtors that a representative of Bank of the West had repossessed the 2000 Coachman camper on March 1, 2010, without securing relief from the stay.

/s/ Harry L. Mathison
Harry L. Mathison, Trustee
127 North Main Street
Post Office Box 43
Henderson, Kentucky 42419-0043
Ph. (270) 827-1853
FAX (270) 826-7729

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **MOTION TO SHOW CAUSE** was served by electronically filing a true and correct copy of same to the following on this 4th day of March, 2010:

**BANK OF THE WEST**
P.O. Box 4002
Concord, California 94524

/s/ _Harry L. Mathison_